UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THOMAS SPEED,                                    07 CV 5438 (CM)(JCF)

        Plaintiff,

-against-

THE LONG ISLAND RAILROAD COMPANY,

        Defendant.
----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On June 22, 2007, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attention: Legal Department

_____
Laurie A. Hockman

Sworn to before me this 22nd day of June, 2007.

_____
Notary Public

FREDRIC M. GOLD
Notary Public, State of New York
No. 02GO5014854
Qualified in Nassau County
Commission Expires June 5, 19__