```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
THOMAS SPEED,                        : 07 Civ. 5438 (JCF)
                                     :
              Plaintiff,             :   O R D E R
                                     :
     - against -                     :
                                     :
THE LONG ISLAND RAILROAD COMPANY,    :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

A pretrial conference having been held by telephone on September 11, 2007, it is hereby ORDERED as follows:

1. All discovery shall be completed by December 31, 2007.

2. The pretrial order shall be submitted by January 31, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         September 11, 2007

Copies mailed this date:

Fredric M. Gold, Esq.
Sable & Gold
450 Seventh Avenue, Suite 1901
New York, New York 10123

1

Sean P. Constable, Esq.
MTA Long Island Rail Road Law Department
Jamaica Station, Mail Code 1143
Jamaica, New York 11435