UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
THOMAS SPEED,                           : 07 Civ. 5438 (JCF)
                                        :
                Plaintiff,              : O R D E R
                                        :
       - against -                      :
                                        :
THE LONG ISLAND RAILROAD COMPANY,       :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

Counsel having represented that this case has been settled, it is hereby ORDERED as follows:

1. All claims, counterclaims, and cross-claims are dismissed with prejudice and without costs to any party.

2. If settlement is not consummated within thirty days of the date of this order, any party may apply to have the action restored to the Court's active docket.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 17, 2008

Copies mailed this date:

Fredric M. Gold, Esq.
Sable & Gold
450 Seventh Avenue, Suite 1901
New York, New York 10123

1

Sean P. Constable, Esq.
MTA Long Island Rail Road Law Department
Jamaica Station, Mail Code 1143
Jamaica, New York 11435