UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS SPEED,                                07 CV 5438 (CM)(JCF)        Plaintiff,

                                                       STIPULATION OF
                                                       DISCONTINUANCE
      -against-                                           WITH PREJUDICE

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued, with prejudice and without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk of the Court.

DATED:      New York, New York
                   April 16, 2008

| | |
|---|---|
| Mark D. Hoffer<br>LIRR Law Department<br><br>BY: Sean P. Constable<br>Jamaica Station<br>Jamaica, New York 11435 | Sable & Gold<br>Attorneys for Plaintiff<br><br>BY: Fredric M. Gold (3286)<br>450 Seventh Avenue<br>New York, New York 10123 |

So Ordered:

_____